```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION

AUSTIN GABRIEL VEGA,            *

      Petitioner,               *

vs.                             *
                                    CASE NO. 4:11-CR-3-CDL-MSH
UNITED STATES OF AMERICA,       *       28 U.S.C. § 2255

      Respondent.               *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 24, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 5th day of September, 2013.

```
                        s/Clay D. Land
                        CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE
```